IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00356-MOC-WCM

| | |
|---|---|
| ISADORA Y. WALKER, and ANDREA G. GARCIA, individually and on behalf of all others similarly situated, | ) ) ) |
| | )      **ORDER** |
|        Plaintiffs, | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
|        Defendant. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 19) filed by Dana Smith.[1]

The Motion indicates that Ms. Smith, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that she seeks the admission of Jonathan Streisfeld, who the Motion represents as being a member in good standing of the Bar of Florida. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

---

[1] The undersigned notes that Ms. Smith's signature block on this filing references a different address than the one shown for her on the docket. Accordingly, she is reminded to ensure both that the Clerk's office has her current address and that future filings reflect her correct address.

Accordingly, the Court **GRANTS** the Motion (Doc. 19) and **ADMITS** Jonathan Streisfeld to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 1, 2024

W. Carleton Metcalf
United States Magistrate Judge