IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00356-MOC-WCM

| | |
|---|---|
| SILVIA LOMBRANA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | ORDER |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 34) filed by Dana Smith.

The Motion indicates that Ms. Smith, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Oren Faircloth, who the Motion represents as being a member in good standing of the Bar of Connecticut. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 34) and **ADMITS** Oren Faircloth to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 3, 2024

W. Carleton Metcalf
United States Magistrate Judge